# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISON

| | |
|---|---|
| **RAYMOND CADY AND JUSTINE CADY,**<br>　　　　　**Plaintiffs,**<br><br>v.<br><br>**PHILADELPHIA INDEMNITY INSURANCE COMPANY,**<br><br>　　　　　**Defendant.** | **Case No.: 2:23-cv-1117-JES-NPM** |

## JOINT NOTICE OF SETTLEMENT

COME NOW the Plaintiffs, Raymond Cady and Justine Cady, and Defendant, Philadelphia Indemnity Insurance Company, hereby file this Joint Notice of Settlement to advise the Court that the parties met, conferred, and arrived at a mutually agreeable resolution of all claims contained within the pleadings. The Parties respectfully request the Court enter a sixty (60) day conditional order of dismissal to finalize and conclude the terms of the settlement, saving jurisdiction over this matter to reinstate should settlement not be perfected.

Dated: September 13, 2024

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　**NIELSEN & TREAS, LLC**

　　　　　　　　　　　　　　　　　　*/s/ Zareen Zaidi*
　　　　　　　　　　　　　　　　　　Zareen Zaidi, FLBA No. 1041187
　　　　　　　　　　　　　　　　　　John A. Unzicker, Jr., FLBA No. 320366
　　　　　　　　　　　　　　　　　　3838 North Causeway Blvd.

Suite 2850
Metairie, Louisiana 70002
P: 504-837-2500;
F: 504-603-0730
Email: zzaidi@nt-lawfirm.com
Email: junzicker@nt-lawfirm.com
***Counsel for Defendant***

And

/s/*Garrett S. Elsinger*
Garrett S. Elsinger
Florida Bar No. 91022
Peter Mineo, Jr.
Florida Bar No. 328928
The Mineo Salcedo Law Firm, P.A.
5600 Davie Road
Davie, FL 33314
Service@mineolaw.com
Gelsinger@mineolaw.com
***Attorneys for Plaintiffs***