UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAYMOND CADY and JUSTINE CADY,

      Plaintiffs,

v.                    Case No: 2:23-cv-1117-JES-NPM

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

      Defendant.

_____

**ORDER**

This matter comes before the Court on the parties' Joint Notice of Settlement (Doc. #29), filed on September 13, 2024. The parties indicate that the parties have reached a settlement in the case and anticipate filing a stipulation for dismissal upon finalization.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the case is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **SIXTY (60) DAYS** of the date hereof, to submit a stipulated form of final order or judgment **or** request an extension of time should they so choose, **or** for any party to move to reopen the action, *upon good cause being shown*. After that **SIXTY (60) DAY** period, however, without further notice or order, this dismissal shall be deemed *with prejudice* and judgment will be entered. The Clerk is

**directed** to terminate any previously scheduled deadlines and pending motions, and administratively close the case pending further Order.

**DONE and ORDERED** at Fort Myers, Florida, this __13th__ day of September 2024.

                                                  _____
                                                  JOHN E. STEELE
                                                  SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record